IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiffs,

vs.

MARCOS DE LA TORRE-CASAS,

Defendant.

8:16CR115

ORDER

This matter is before the Court on the government's Motion to Dismiss (Filing No. 125). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment, without prejudice, against the above-named Defendant.

IT IS ORDERED that the government's Motion to Dismiss the Indictment without prejudice (Filing No. 125) is granted as to this defendant only.

Dated this 2nd day of January 2019.

BY THE COURT:

Laurie Smith Camp
Senior United States District Judge